IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

|  |  |
|---|---|
| CATHY WOODS,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION<br>d/b/a NORTHWESTERN ENERGY,<br><br>        Defendant. | No. CV 16-8-BU-SEH<br><br>ORDER |

This Order addresses the deficiencies in the Plaintiff's preliminary pretrial statement filed May 26, 2016,[1] and amends and supplements the Court's scheduling Order of June 13, 2016.[2]

---

[1] Doc. 7.

[2] Doc. 10.

-1-

Plaintiff's Preliminary Pretrial Statement[3] fails to include "the name city and state of current residence of each individual known or believed to have information that may be used in proving or denying any party's claims or defenses, and a summary of that information;"[4] "the substance of any insurance agreement that may cover any resulting judgment;"[5] and "suitability of special procedures."[6]

Disclosure of Plaintiff's experts and reports were due on or before August 19, 2016.[7]

Disclosure of Defendant's experts and reports were due on or before September 16, 2016.[8]

ORDERED:

1. Plaintiff's preliminary pretrial statement, amended in compliance with L.R. 16.2 to cure the stated deficiencies, shall be filed on or before **March 10, 2017**.

---

[3] Doc. 7.

[4] L.R. 16.2(b)(1)(J).

[5] L.R. 16.2(b)(1)(K).

[6] L.R. 16.2(b)(1)(M).

[7] Doc. 10 at 2.

[8] *Id.*

2. Complete copies of all expert reports shall be served upon opposing counsel and filed on or before **March 10, 2017**.

3. Separate written disclosures of all non-retained experts (expert witnesses not required to provide written reports) shall be served upon opposing counsel and filed by on or before **March 10, 2017**. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include separate statements of each opinion to be offered, specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and the bases and reasons for the opinions. Such disclosures are expected to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

All other matters and deadlines in the Court's Order of June 13, 2016,[9] remain in full force and effect.

DATED this 6th day of March, 2017.

SAM E. HADDON
United States District Judge

---

[9] Doc. 10.