

**FILED**

MAR 22 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| CATHY WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV 16-8-BU-SEH<br><br>ORDER |

A hearing on the Court's Order requiring Jeffrey W. Dahood, Esq. ("Dahood") to appear and "show cause, if any, why this case should not be dismissed for failure to prosecute and for failure and refusal to comply with the orders of this Court"[1] was held on March 22, 2017. Dahood was not present. Patrick T. Fleming was present on behalf of Defendant.

---

[1] Doc. 13 at 2.

Based upon the record made in open court,

ORDERED:

This action is DISMISSED with prejudice, each party to bear its own costs, for failure to prosecute and for failure and refusal to comply with the orders of this Court. All pending deadlines are VACATED.

DATED this 22nd day of March, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge