

**FILED**

APR 1 2 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| CATHY WOODS,<br><br>            Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,<br><br>            Defendant. | No. CV 16-8-BU-SEH<br><br>**ORDER** |

Consistent with this Court's Order dated March 22, 2017, and without objection from the Plaintiff, judgment against the Plaintiff and in favor of the Defendant, NorthWestern Corporation d/b/a NorthWestern Energy, is entered as follows:

This action is DISMISSED, with prejudice; Plaintiff to take nothing as a result of the action filed herein, and each party is to bear its own costs and attorney fees.

The Clerk is instructed to enter this Judgment as decreed herein.

DATED this 12th day of April, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge