UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CATHY WOODS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION<br>　d/b/a NORTHWESTERN<br>　ENERGY,<br><br>　　　　　Defendant. | Case No. CV-16-008-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED and ADJUDGED. Judgment is entered in favor of the Defendant and against the Plaintiff.

　　　Dated this 12th day of April, 2017.

　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　By: /s/ Erica Larson
　　　　　　　　　　Erica Larson, Deputy Clerk